record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Bobby Ray DIAZ, Defendant–Appellant.**

No. 08–11208.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Bobby Ray Diaz presents arguments that he concedes are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). In addition, Diaz raises arguments that he concedes are foreclosed by *United States v. Avants*, 278 F.3d 510, 522 (5th Cir.2002), which held that, although the appellant was in state custody and was represented by counsel, the Sixth Amendment right to counsel did not attach with respect to a federal charge for which the appellant had not yet been indicted. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Cynthia Faye SETSER, Defendant–Appellant.**

No. 08–11198.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Shannon Hooks, Austin, TX, for Defendant–Appellant.

Cynthia Faye Setser, Fort Worth, TX, pro se.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cynthia Faye Setser has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Setser has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Cynthia Faye SETSER, Defendant–**
**Appellant.**

No. 08–11197
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Shannon Hooks, Austin, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cynthia Faye Setser has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Setser has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Benjamin Francisco ALVAREZ,**
**Defendant–Appellant.**

No. 08–11109
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, John E. Kull, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.